|  | IN THE DISTRICT COURT OF APPEAL |
|  | FIRST DISTRICT, STATE OF FLORIDA |

TAMMY DAVIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Petitioner,

v.

CASE NO. 1D13-4101

NASCAR HOLDINGS AND
ZURICH AMERICAN
INSURANCE COMPANY,

        Respondent.

_____/


Opinion filed July 23, 2014.

Petition for Writ of Certiorari – Original Jurisdiction.

Mark L. Zientz of the Law Offices of Mark L. Zientz, P.A., Miami; Mark A. Zimmerman of James & Zimmerman, P.L., Deland, for Petitioner.

Peter R. Parzygnat of the Law Office of Peter J. Delahunty, Maitland; H. George Kagan of Miller, Kagan, Rodriguez & Silver P.L., West Palm Beach, for Respondent.




PER CURIAM.

      DENIED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.